**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jason A. Dixon                                          CHAPTER 7
      Richard A. Dixon, II
         Debtor(s)                                    BKY. NO. 26-20929 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

              Respectfully submitted,

   /s/ *Matthew Fissel*
      Matthew Fissel
      08 Apr 2026, 17:40:30, EDT

      Matthew Fissel, Esq. (314567)   ☑
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA 19106
      412-430-3594
      bkgroup@kmllawgroup.com

Document ID: 54195b6050155df72859ebdf43aae69beaf1402f52a47a98d470371fd31ed7a2