FILED
4/16/26 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 26-20929-JAD |
| | : | |
| **Jason A. Dixon and** | : | Chapter 7 |
| **Richard A. Dixon, II,** | : | |
| Debtors | : | |
| | : | Related to Document No. 14 |
| **Jason A. Dixon and** | : | |
| **Richard A. Dixon, II,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Rosemary C. Crawford, **Esquire,** | : | |
| Chapter 7 Trustee, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this _____16th_____ day of ___April_____, 2026, upon

consideration of the Motion of the above reference Debtor(s), praying for an extension of

time within which to Complete the Bankruptcy Filing, and it appearing from the Motion

that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file their

Completed Schedules, Pay Advices and Declaration Regarding Electronic Filing be

hereby extended to and including April 27, 2026.

BY THE COURT:

jsf

_____
Hon. Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Jason A. Dixon

Richard A. Dixon, II

     Debtors

Case No. 26-20929-JAD

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb       + Jason A. Dixon, Richard A. Dixon, II, 1730 Walnut Street, Carnegie, PA 15106-4037

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Brent J. Lemon
     on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
     lemondropper75@hotmail.com;agilbert@bernsteinlaw.com

Lawrence Willis
     on behalf of Debtor Jason A. Dixon ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence Willis
     on behalf of Joint Debtor Richard A. Dixon  II ecf@westernpabankruptcy.com,
     urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Matthew Fissel
     on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Apr 16, 2026                       Form ID: pdf900                              Total Noticed: 1

Rosemary C. Crawford
                        crawfordmcdonald@aol.com  PA68@ecfcbis.com


TOTAL: 6