**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 26-20929-JAD** |
| | : | |
| **Jason Dixon and** | : | **CHAPTER 7** |
| **Richard Dixon** | : | |
| **Debtors** | : | **Filed Pursuant to Rule 1007-4** |
| | : | |
| **Jason Dixon,** | : | |
| **Movant** | : | |

### <u>VERIFICATION REGARDING PROOF OF INCOME</u>

I, **Jason Dixon,** hereby state as follows:

1.  I am disabled.

2.  I receive Social Security Benefits in the amount of $1,443.00 per month.

3.  I receive Food Stamps in the amount of $14.00 per month.

4.  Due to my lack of income, I am not required to file income tax returns.


I declare under penalty of perjury that I have read the foregoing Statement,

and it is true and correct to the best of my knowledge, information, and belief.


Date:  <u>April 23, 2026</u>                                        /s/ **Jason Dixon**
                                                                                        **Jason Dixon**
                                                                                         Debtor