| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jason A. Dixon<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–9624 |
| | | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | Richard A. Dixon II<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–3899 |
| | | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter: 7    4/2/26 | |
| Case number: 26–20929–JAD | | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason A. Dixon | Richard A. Dixon II |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1730 Walnut Street<br>Carnegie, PA 15106 | 1730 Walnut Street<br>Carnegie, PA 15106 |
| 4. | **Debtor's attorney**<br>Name and address | Lawrence Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235 | Contact phone 412–235–1721<br><br>Email: ecf@westernpabankruptcy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757<br><br>Email: crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Debtor **Jason A. Dixon** and **Richard A. Dixon II**                                                    Case number **26–20929–JAD**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 5/5/26 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 15, 2026 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 714 725 9189, and Passcode 1961058710, call 1–828–998–0367**<br>For additional information, go to:<br>https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/14/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-20929-JAD |
| Jason A. Dixon | Chapter 7 |
| Richard A. Dixon, II | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: May 05, 2026 | Form ID: 309A | Total Noticed: 82 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason A. Dixon, Richard A. Dixon, II, 1730 Walnut Street, Carnegie, PA 15106-4037 |
| aty | + | Brent J. Lemon, Bernstein Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16655099 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 742510, Cincinnati, OH 45274 |
| 16655114 | + | Laroche Univ, 9000 Babcock Blvd, Pittsburgh, PA 15237-5808 |
| 16667059 | + | Lisa Weinberg Dental, 2323 Greentree Rd, Carnegie, PA 15106-4203 |
| 16667065 | + | Medical Assistance Workers Disabilities, PO Box 8052, Harrisburg, PA 17105-8052 |
| 16667079 | + | Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 16655133 | + | Varo Loc, Attn: Bankruptcy, 222 Kearny Street 9th Floor, San Francisco, CA 94108-4519 |
| 16667089 | + | West Penn Dental, 312 2nd Ave,, Carnegie, PA 15106-2509 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@westernpabankruptcy.com | May 06 2026 01:47:00 | Lawrence Willis, Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh, PA 15235 |
| tr | + | EDI: BRCCRAWFORD.COM | May 06 2026 05:38:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | May 06 2026 05:38:00 | Pennsylvania Department of Revenue, Bankrupcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 06 2026 05:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | May 06 2026 01:48:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | | EDI: ATLASACQU | May 06 2026 05:38:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | EDI: AISACG.COM | May 06 2026 05:38:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | May 06 2026 01:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16667020 | | Email/Text: amscbankruptcy@adt.com | May 06 2026 01:48:00 | ADT, 1501 Yamato Road, Boca Raton, FL 33431 |
| 16667023 | + | EDI: ATTWIREBK.COM | | |

District/off: 0315-2

User: auto

Page 2 of 6

Date Rcvd: May 05, 2026

Form ID: 309A

Total Noticed: 82

| | | | |
|---|---|---|---|
| | | May 06 2026 05:38:00 | AT&T, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 16655091 | EDI: ATLASACQU | May 06 2026 05:38:00 | Atlas Acquisitions LLC, 294 Union Street, Hackensack, NJ 07601 |
| 16667019 | + EDI: ACECASHXPRESS.COM | May 06 2026 05:38:00 | Ace Check Cashing, 21 Yost Blvd., Suite 132, Pittsburgh, PA 15221-5283 |
| 16655089 | + Email/PDF: AffirmBKNotifications@resurgent.com | May 06 2026 02:02:46 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16655090 | + EDI: GMACFS.COM | May 06 2026 05:38:00 | Ally Bank, PO Box 130424, Saint Paul, MN 55113-0004 |
| 16655092 | + EDI: TCISOLUTIONS.COM | May 06 2026 05:38:00 | BANK OF MISSOURI, 5109 S BROADBAND LANE, Sioux Falls, SD 57108-2208 |
| 16655093 | + Email/Text: bankruptcy@bbandt.com | May 06 2026 01:47:00 | BB&T/Truist, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 16667025 | + EDI: BANKAMER | May 06 2026 05:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 16655094 | + Email/Text: bankruptcy@jdbyrider.com | May 06 2026 01:48:00 | Byrider, Attn: Bankruptcy, 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 16655097 | Email/Text: BKelectronicnotices@cenlar.com | May 06 2026 01:47:00 | Cenlar, 425 Phillips BLvd, Trenton, NJ 08618 |
| 16667035 | Email/Text: Bankruptcy.RI@Citizensbank.com | May 06 2026 01:47:00 | Citizens Bank, 1 Citizens Plaza, Providence, RI 02903 |
| 16655101 | Email/Text: cfcbackoffice@contfinco.com | May 06 2026 01:47:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 16655103 | Email/Text: correspondence@credit-control.com | May 06 2026 01:47:00 | Credit Control, Llc, Attn: Bankruptcy, 3300 Roder Trail S. Ste 500, Earth Cirty, MO 63045 |
| 16655095 | + EDI: CAPITALONE.COM | May 06 2026 05:38:00 | Capital One, by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16667030 | + EDI: CAPITALONE.COM | May 06 2026 05:38:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 16655096 | + Email/Text: bankruptcy-incoming-mails@one.app | May 06 2026 01:48:00 | Ccb/onefin, One Finance, Inc., P.O. Box 513717, Los Angeles, CA 90051-3717 |
| 16667033 | + EDI: JPMORGANCHASE | May 06 2026 05:38:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 16655098 | + Email/Text: omx-bnc-bk-notices@chime.com | May 06 2026 01:48:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 16667038 | + EDI: COMCASTCBLCENT | May 06 2026 05:38:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 16655102 | + Email/Text: bankruptcy@credencerm.com | May 06 2026 01:48:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 16667042 | + Email/PDF: creditonebknotifications@resurgent.com | May 06 2026 01:45:19 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 16655104 | ^ MEBN | May 06 2026 01:44:11 | Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 16655105 | + Email/Text: bankruptcynotices@current.com | May 06 2026 01:48:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 16655106 | + Email/Text: kburkley@bernsteinlaw.com | May 06 2026 01:48:00 | Duquesne Light, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 16655107 | ^ MEBN | May 06 2026 01:43:47 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |

| ID | | Notice method | Date/Time | Recipient |
|---|---|---|---|---|
| 16667047 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 06 2026 01:47:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 16655108 | + | EDI: AMINFOFP.COM | May 06 2026 05:38:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 16655109 | | Email/Text: HHEBN@harriscollect.com | May 06 2026 01:48:00 | Harris & Harris, Attn: Bankruptcy, 111 W Jackson Blvd, Suite 650, Chicago, IL 60604 |
| 16655110 | ^ | MEBN | May 06 2026 01:44:45 | Heidleberg Borough, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 16667051 | + | Email/Text: bankruptcy@huntington.com | May 06 2026 01:48:00 | Huntington Bank, 3 Cascade Plaza, Akron, OH 44308-1124 |
| 16655111 | + | EDI: LCIICSYSTEM | May 06 2026 05:38:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Highway 96 East P.O. Box 64378, St. Paul, MN 55164-0378 |
| 16655112 | + | EDI: JEFFERSONCAP.COM | May 06 2026 05:38:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 16667054 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 06 2026 01:48:00 | Key Bank, 127 Public Square, Cleveland, OH 44114-1221 |
| 16655113 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 06 2026 01:48:00 | KeyBank, N.A., 4910 Tiedeman Road, Suite C, Cleveland, OH 44144-2338 |
| 16655120 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2026 02:01:59 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16667061 | ^ | MEBN | May 06 2026 01:43:41 | Loan Depot, 6561 Irvine Center Drive, Irvine, CA 92618-2118 |
| 16667060 | ^ | MEBN | May 06 2026 01:44:10 | Loan Depot, P.O. Box 5710, Chicago, IL 60680-5641 |
| 16655118 | | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2026 02:02:46 | Lvnv Funding, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16655119 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2026 02:01:59 | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16655128 | | Email/Text: connectcommunications@mrvbanks.com | May 06 2026 01:47:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 16655121 | + | Email/Text: bankruptcydpt@mcmcg.com | May 06 2026 01:48:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 2037, Warren, MI 48090-2037 |
| 16655122 | + | Email/Text: bankruptcydpt@mcmcg.com | May 06 2026 01:48:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 16667068 | + | EDI: PHINGENESIS | May 06 2026 05:38:00 | Milestone, P.O. 4477, Beaverton, OR 97076-4401 |
| 16655123 | | EDI: CBS7AVE | May 06 2026 05:38:00 | Montgomery Ward, 112 7th Avenue, Monroe, WI 53566 |
| 16667071 | + | Email/Text: bankruptcy@northwest.com | May 06 2026 01:47:00 | NORTHWEST BANK, 100 LIBERTY STREET, Warren, PA 16365-2497 |
| 16655124 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 06 2026 01:48:00 | Nelnet, Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 16655125 | + | Email/Text: csc.bankruptcy@amwater.com | May 06 2026 01:48:00 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 16667073 | ^ | MEBN | May 06 2026 01:44:17 | PA Turnpike Commission - ezpass, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 16655126 | | EDI: PRA.COM | May 06 2026 05:38:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16655127 | + | EDI: JEFFERSONCAP.COM | | |

| | | | May 06 2026 05:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 16655129 | | Email/Text: bankruptcy@self.inc | May 06 2026 01:47:00 | Selfbillsg, Attn: Bankruptcy Dept, Po Box 11, Southlake, TX 76092 |
| 16655115 | | Email/Text: bankruptcy@self.inc | May 06 2026 01:47:00 | Level Credit, Attn: Bankruptcy, 4601 Excelsior Blvd Ste 503, Minneapolis, MN 55416 |
| 16655116 | | Email/Text: bankruptcy@self.inc | May 06 2026 01:47:00 | LevelCredit/Self, Attn: Bankruptcy, 901 E. 6th Street, Suite 400, Austin, TX 78702 |
| 16655130 | | Email/Text: bankruptcy@springoakscapital.com | May 06 2026 01:47:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 16655131 | + | Email/Text: bankruptcydepartment@tsico.com | May 06 2026 01:48:00 | Transworld, Attn Bankruptcy, Transworld Systems Inc. Po Box 15130, Wilmington, DE 19850-5130 |
| 16655132 | + | Email/Text: accountservicing@trueaccord.com | May 06 2026 01:47:00 | Trueaccord C, Attn: Bankruptcy, 16011 College Blvd., Suite 130, Lenexa, KS 66219-9877 |
| 16655135 | + | EDI: VERIZONCOMB.COM | May 06 2026 05:38:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 16655134 | + | EDI: AIS.COM | May 06 2026 05:38:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 16667085 | + | EDI: VERIZONCOMB.COM | May 06 2026 05:38:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 16655136 | + | EDI: VERIZONCOMB.COM | May 06 2026 05:38:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |
| 16667088 | + | Email/Text: bankrupt-adjdept@wesbanco.com | May 06 2026 01:48:00 | WESBANCO BANK INC, 1 BANK PLZ, Wheeling, WV 26003-3565 |
| 16655137 | + | EDI: CKSFINANCIAL.COM | May 06 2026 05:38:00 | Webcollex LLC, PO Box 2856, Chesapeake, VA 23327-2856 |
| 16655100 | + | EDI: COMCASTCBLCENT | May 06 2026 05:38:00 | comcast, PO Box 1931, Burlingame, CA 94011-1931 |

TOTAL: 72

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| 16655117 | | Loan Depot |
| 16667024 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union Street, Hackensack, NJ 07601 |
| 16667021 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16667022 | *+ | Ally Bank, PO Box 130424, Saint Paul, MN 55113-0004 |
| 16667026 | *+ | BANK OF MISSOURI, 5109 S BROADBAND LANE, Sioux Falls, SD 57108-2208 |
| 16667027 | *+ | BB&T/Truist, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 16667028 | *+ | Byrider, Attn: Bankruptcy, 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 16667032 | *P++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430, address filed with court:, Cenlar, 425 Phillips BLvd, Trenton, NJ 08618 |
| 16667036 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, P.O. Box 742510, Cincinnati, OH 45274 |
| 16667039 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 16667041 | *P++ | CREDIT CONTROL LLC, ATTN CORRESPONDENCE, 3300 RIDER TRAIL S, SUITE 500, EARTH CITY MO 63045-1338, address filed with court:, Credit Control, Llc, Attn: Bankruptcy, 3300 Roder Trail S. Ste 500, Earth Cirty, MO 63045 |
| 16667029 | *+ | Capital One, by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16667031 | *+ | Ccb/onefin, One Finance, Inc., P.O. Box 513717, Los Angeles, CA 90051-3717 |
| 16667034 | *+ | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: May 05, 2026 | Form ID: 309A | Total Noticed: 82 |

| 16667040 | *+ | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
|---|---|---|
| 16667043 | *+ | Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 16667044 | *+ | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 16667045 | *+ | Duquesne Light, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 16667046 | *+ | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 16667048 | *+ | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 16667049 | *P++ | HARRIS & HARRIS, 111 W JACKSON BLVD STE 650, CHICAGO IL 60604-3589, address filed with court:, Harris & Harris, Attn: Bankruptcy, 111 W Jackson Blvd, Suite 650, Chicago, IL 60604 |
| 16667050 | *+ | Heidleberg Borough, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 16667052 | *+ | IC Systems, Inc, Attn: Bankruptcy, 444 Highway 96 East P.O. Box 64378, St. Paul, MN 55164-0378 |
| 16667053 | *+ | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 16667055 | *+ | KeyBank, N.A., 4910 Tiedeman Road, Suite C, Cleveland, OH 44144-2338 |
| 16667064 | *+ | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16667056 | *+ | Laroche Univ, 9000 Babcock Blvd, Pittsburgh, PA 15237-5808 |
| 16667062 | * | Lvnv Funding, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16667063 | *+ | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16667076 | *P++ | MRV BANKS, 871 STE GENEVIEVE DR, STE GENEVIEVE MO 63670-1406, address filed with court:, REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 16667066 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 2037, Warren, MI 48090-2037 |
| 16667067 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 16667069 | * | Montgomery Ward, 112 7th Avenue, Monroe, WI 53566 |
| 16667070 | *+ | Nelnet, Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 16667072 | *+ | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 16667074 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16667075 | *+ | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 16667077 | *P++ | SELF INC, PO BOX 11, SOUTHLAKE TX 76092-0011, address filed with court:, Selfbillsg, Attn: Bankruptcy Dept, Po Box 11, Southlake, TX 76092 |
| 16667057 | *P++ | SELF INC, PO BOX 11, SOUTHLAKE TX 76092-0011, address filed with court:, Level Credit, Attn: Bankruptcy, 4601 Excelsior Blvd Ste 503, Minneapolis, MN 55416 |
| 16667058 | *P++ | SELF INC, PO BOX 11, SOUTHLAKE TX 76092-0011, address filed with court:, LevelCredit/Self, Attn: Bankruptcy, 901 E. 6th Street, Suite 400, Austin, TX 78702 |
| 16667078 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 16667080 | *+ | Transworld, Attn Bankruptcy, Transworld Systems Inc. Po Box 15130, Wilmington, DE 19850-5130 |
| 16667081 | *+ | Trueaccord C, Attn: Bankruptcy, 16011 College Blvd., Suite 130, Lenexa, KS 66219-9877 |
| 16667082 | *+ | Varo Loc, Attn: Bankruptcy, 222 Kearny Street 9th Floor, San Francisco, CA 94108-4519 |
| 16667084 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 16667083 | *+ | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 16667086 | *+ | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |
| 16667087 | *+ | Webcollex LLC, PO Box 2856, Chesapeake, VA 23327-2856 |
| 16667037 | *+ | comcast, PO Box 1931, Burlingame, CA 94011-1931 |

TOTAL: 2 Undeliverable, 48 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-2

User: auto

Page 6 of 6

Date Rcvd: May 05, 2026

Form ID: 309A

Total Noticed: 82

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Lawrence Willis | on behalf of Joint Debtor Richard A. Dixon  II ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Debtor Jason A. Dixon ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

TOTAL: 6