Certificate Number: 05781-PAW-DE-041305737

Bankruptcy Case Number: 26-20929

05781-PAW-DE-041305737

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 9, 2026, at 10:13 o'clock PM PDT, Jason Dixon completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: August 9, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President