Certificate Number: 05781-PAW-DE-041305738

Bankruptcy Case Number: 26-20929

05781-PAW-DE-041305738

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 9, 2026, at 10:13 o'clock PM PDT, Richard Dixon completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: August 9, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President