**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jason A. Dixon<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–9624 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Richard A. Dixon II<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–3899 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 26–20929–JAD | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason A. Dixon

Richard A. Dixon II

8/19/26

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 26-20929-JAD

Jason A. Dixon Chapter 7

Richard A. Dixon, II

Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: admin Page 1 of 6

Date Rcvd: Aug 19, 2026 Form ID: 318 Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason A. Dixon, Richard A. Dixon, II, 1730 Walnut Street, Carnegie, PA 15106-4037 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16655099 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 742510, Cincinnati, OH 45274 |
| 16655114 | + | Laroche Univ, 9000 Babcock Blvd, Pittsburgh, PA 15237-5808 |
| 16667059 | + | Lisa Weinberg Dental, 2323 Greentree Rd, Carnegie, PA 15106-4203 |
| 16667065 | + | Medical Assistance Workers Disabilities, PO Box 8052, Harrisburg, PA 17105-8052 |
| 16667079 | + | Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 16655133 | + | Varo Loc, Attn: Bankruptcy, 222 Kearny Street 9th Floor, San Francisco, CA 94108-4519 |
| 16667089 | + | West Penn Dental, 312 2nd Ave,, Carnegie, PA 15106-2509 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Aug 20 2026 05:35:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Aug 20 2026 05:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 20 2026 05:35:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: ATLASACQU | Aug 20 2026 05:35:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | EDI: AISACG.COM | Aug 20 2026 05:35:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16667020 | | Email/Text: amscbankruptcy@adt.com | Aug 20 2026 01:40:00 | ADT, 1501 Yamato Road, Boca Raton, FL 33431 |
| 16667023 | + | EDI: ATTWIREBK.COM | Aug 20 2026 05:35:00 | AT&T, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 16655091 | | EDI: ATLASACQU | Aug 20 2026 05:35:00 | Atlas Acquisitions LLC, 294 Union Street, Hackensack, NJ 07601 |
| 16667019 | + | EDI: ACECASHXPRESS.COM | Aug 20 2026 05:35:00 | Ace Check Cashing, 21 Yost Blvd., Suite 132, Pittsburgh, PA 15221-5283 |
| 16655089 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 20 2026 01:44:37 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |

| | | | | |
|---|---|---|---|---|
| 16655090 | + | EDI: GMACFS.COM | Aug 20 2026 05:35:00 | Ally Bank, PO Box 130424, Saint Paul, MN 55113-0004 |
| 16655092 | + | EDI: TCISOLUTIONS.COM | Aug 20 2026 05:35:00 | BANK OF MISSOURI, 5109 S BROADBAND LANE, Sioux Falls, SD 57108-2208 |
| 16655093 | + | Email/Text: bankruptcy@bbandt.com | Aug 20 2026 01:39:00 | BB&T/Truist, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 16667025 | + | EDI: BANKAMER | Aug 20 2026 05:35:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 16655094 | + | Email/Text: bankruptcy@jdbyrider.com | Aug 20 2026 01:40:00 | Byrider, Attn: Bankruptcy, 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 16655097 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Aug 20 2026 01:39:00 | Cenlar, 425 Phillips BLvd, Trenton, NJ 08618 |
| 16667035 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 20 2026 01:39:00 | Citizens Bank, 1 Citizens Plaza, Providence, RI 02903 |
| 16655101 | | Email/Text: cfcbackoffice@contfinco.com | Aug 20 2026 01:39:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 16655103 | | Email/Text: correspondence@credit-control.com | Aug 20 2026 01:39:00 | Credit Control, Llc, Attn: Bankruptcy, 3300 Roder Trail S. Ste 500, Earth Cirty, MO 63045 |
| 16655095 | + | EDI: CAPITALONE.COM | Aug 20 2026 05:35:00 | Capital One, by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16667030 | + | EDI: CAPITALONE.COM | Aug 20 2026 05:35:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 16655096 | + | Email/Text: bankruptcy-incoming-mails@one.app | Aug 20 2026 01:39:00 | Ccb/onefin, One Finance, Inc., P.O. Box 513717, Los Angeles, CA 90051-3717 |
| 16667033 | + | EDI: JPMORGANCHASE | Aug 20 2026 05:35:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 16655098 | + | Email/Text: omx-bnc-bk-notices@chime.com | Aug 20 2026 01:39:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 16667038 | + | EDI: COMCASTCBLCENT | Aug 20 2026 05:35:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 16655102 | + | Email/Text: bankruptcy@credencerm.com | Aug 20 2026 01:40:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 16667042 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2026 01:44:31 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 16655104 | ^ | MEBN | Aug 20 2026 01:38:08 | Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 16655105 | + | Email/Text: bankruptcynotices@current.com | Aug 20 2026 01:39:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 16655106 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 20 2026 01:40:00 | Duquesne Light, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 16655107 | ^ | MEBN | Aug 20 2026 01:37:56 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 16667047 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 20 2026 01:39:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 16655108 | + | EDI: AMINFOFP.COM | Aug 20 2026 05:35:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 16655109 | | Email/Text: HHEBN@harriscollect.com | Aug 20 2026 01:39:00 | Harris & Harris, Attn: Bankruptcy, 111 W Jackson Blvd, Suite 650, Chicago, IL 60604 |
| 16655110 | ^ | MEBN | Aug 20 2026 01:38:41 | Heidleberg Borough, c/o Jordan Tax Service, 102 |

| | | | | |
|---|---|---|---|---|
| | | | | Rahway Road, Canonsburg, PA 15317-3349 |
| 16667051 | + | Email/Text: bankruptcy@huntington.com | Aug 20 2026 01:39:00 | Huntington Bank, 3 Cascade Plaza, Akron, OH 44308-1124 |
| 16655111 | + | EDI: LCIICSYSTEM | Aug 20 2026 05:35:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Highway 96 East P.O. Box 64378, St. Paul, MN 55164-0378 |
| 16655112 | + | EDI: JEFFERSONCAP.COM | Aug 20 2026 05:35:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 16667054 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 20 2026 01:39:00 | Key Bank, 127 Public Square, Cleveland, OH 44114-1221 |
| 16655113 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 20 2026 01:39:00 | KeyBank, N.A., 4910 Tiedeman Road, Suite C, Cleveland, OH 44144-2338 |
| 16655120 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 01:44:37 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16667061 | ^ | MEBN | Aug 20 2026 01:37:50 | Loan Depot, 6561 Irvine Center Drive, Irvine, CA 92618-2118 |
| 16667060 | ^ | MEBN | Aug 20 2026 01:37:46 | Loan Depot, P.O. Box 5710, Chicago, IL 60680-5641 |
| 16655118 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 01:44:42 | Lvnv Funding, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16655119 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 01:44:32 | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16655128 | | Email/Text: connectcommunications@mrvbanks.com | Aug 20 2026 01:39:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 16655121 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2026 01:39:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 2037, Warren, MI 48090-2037 |
| 16655122 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2026 01:39:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 16667068 | + | EDI: PHINGENESIS | Aug 20 2026 05:35:00 | Milestone, P.O. 4477, Beaverton, OR 97076-4401 |
| 16655123 | | EDI: CBS7AVE | Aug 20 2026 05:35:00 | Montgomery Ward, 112 7th Avenue, Monroe, WI 53566 |
| 16667071 | + | Email/Text: bankruptcy@northwest.com | Aug 20 2026 01:39:00 | NORTHWEST BANK, 100 LIBERTY STREET, Warren, PA 16365-2497 |
| 16655124 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 20 2026 01:39:00 | Nelnet, Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 16655125 | + | Email/Text: csc.bankruptcy@amwater.com | Aug 20 2026 01:40:00 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 16667073 | ^ | MEBN | Aug 20 2026 01:38:20 | PA Turnpike Commission - ezpass, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 16655126 | | EDI: PRA.COM | Aug 20 2026 05:35:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16655127 | + | EDI: JEFFERSONCAP.COM | Aug 20 2026 05:35:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 16655129 | | Email/Text: bankruptcy@self.inc | Aug 20 2026 01:39:00 | Selfbillsg, Attn: Bankruptcy Dept, Po Box 11, Southlake, TX 76092 |
| 16655115 | | Email/Text: bankruptcy@self.inc | Aug 20 2026 01:39:00 | Level Credit, Attn: Bankruptcy, 4601 Excelsior Blvd Ste 503, Minneapolis, MN 55416 |
| 16655116 | | Email/Text: bankruptcy@self.inc | Aug 20 2026 01:39:00 | LevelCredit/Self, Attn: Bankruptcy, 901 E. 6th |

| | | | | |
|---|---|---|---|---|
| | | | | Street, Suite 400, Austin, TX 78702 |
| 16655130 | | Email/Text: bankruptcy@springoakscapital.com | Aug 20 2026 01:39:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 16655131 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 20 2026 01:40:00 | Transworld, Attn Bankruptcy, Transworld Systems Inc. Po Box 15130, Wilmington, DE 19850-5130 |
| 16655132 | + | Email/Text: accountservicing@trueaccord.com | Aug 20 2026 01:39:00 | Trueaccord C, Attn: Bankruptcy, 16011 College Blvd., Suite 130, Lenexa, KS 66219-9877 |
| 16655135 | + | EDI: VERIZONCOMB.COM | Aug 20 2026 05:35:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 16655134 | + | EDI: AIS.COM | Aug 20 2026 05:35:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 16667085 | + | EDI: VERIZONCOMB.COM | Aug 20 2026 05:35:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 16655136 | + | EDI: VERIZONCOMB.COM | Aug 20 2026 05:35:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |
| 16667088 | + | Email/Text: Bankrupt-AdjDept@wesbanco.com | Aug 20 2026 01:39:00 | WESBANCO BANK INC, 1 BANK PLZ, Wheeling, WV 26003-3565 |
| 16655137 | + | EDI: CKSFINANCIAL.COM | Aug 20 2026 05:35:00 | Webcollex LLC, PO Box 2856, Chesapeake, VA 23327-2856 |
| 16655100 | + | EDI: COMCASTCBLCENT | Aug 20 2026 05:35:00 | comcast, PO Box 1931, Burlingame, CA 94011-1931 |

TOTAL: 69

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| 16655117 | | Loan Depot |
| 16667024 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union Street, Hackensack, NJ 07601 |
| 16667021 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16667022 | *+ | Ally Bank, PO Box 130424, Saint Paul, MN 55113-0004 |
| 16667026 | *+ | BANK OF MISSOURI, 5109 S BROADBAND LANE, Sioux Falls, SD 57108-2208 |
| 16667027 | *+ | BB&T/Truist, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 16667028 | *+ | Byrider, Attn: Bankruptcy, 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 16667032 | *P++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430, address filed with court:, Cenlar, 425 Phillips BLvd, Trenton, NJ 08618 |
| 16667036 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, P.O. Box 742510, Cincinnati, OH 45274 |
| 16667039 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 16667041 | *P++ | CREDIT CONTROL LLC, ATTN CORRESPONDENCE, 3300 RIDER TRAIL S, SUITE 500, EARTH CITY MO 63045-1338, address filed with court:, Credit Control, Llc, Attn: Bankruptcy, 3300 Roder Trail S. Ste 500, Earth Cirty, MO 63045 |
| 16667029 | *+ | Capital One, by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16667031 | *+ | Ccb/onefin, One Finance, Inc., P.O. Box 513717, Los Angeles, CA 90051-3717 |
| 16667034 | *+ | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 16667040 | *+ | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 16667043 | *+ | Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 16667044 | *+ | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 16667045 | *+ | Duquesne Light, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 16667046 | *+ | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 16667048 | *+ | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 16667049 | *P++ | HARRIS & HARRIS, 111 W JACKSON BLVD STE 650, CHICAGO IL 60604-3589, address filed with court:, Harris & Harris, Attn: Bankruptcy, 111 W Jackson Blvd, Suite 650, Chicago, IL 60604 |
| 16667050 | *+ | Heidleberg Borough, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 16667052 | *+ | IC Systems, Inc, Attn: Bankruptcy, 444 Highway 96 East P.O. Box 64378, St. Paul, MN 55164-0378 |

| | | |
|---|---|---|
| 16667053 | *+ | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 16667055 | *+ | KeyBank, N.A., 4910 Tiedeman Road, Suite C, Cleveland, OH 44144-2338 |
| 16667064 | *+ | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16667056 | *+ | Laroche Univ, 9000 Babcock Blvd, Pittsburgh, PA 15237-5808 |
| 16667062 | * | Lvnv Funding, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16667063 | *+ | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16667076 | *P++ | MRV BANKS, 871 STE GENEVIEVE DR, STE GENEVIEVE MO 63670-1406, address filed with court:, REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 16667066 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 2037, Warren, MI 48090-2037 |
| 16667067 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 16667069 | * | Montgomery Ward, 112 7th Avenue, Monroe, WI 53566 |
| 16667070 | *+ | Nelnet, Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 16667072 | *+ | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 16667074 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16667075 | *+ | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 16667077 | *P++ | SELF INC, PO BOX 11, SOUTHLAKE TX 76092-0011, address filed with court:, Selfbillsg, Attn: Bankruptcy Dept, Po Box 11, Southlake, TX 76092 |
| 16667057 | *P++ | SELF INC, PO BOX 11, SOUTHLAKE TX 76092-0011, address filed with court:, Level Credit, Attn: Bankruptcy, 4601 Excelsior Blvd Ste 503, Minneapolis, MN 55416 |
| 16667058 | *P++ | SELF INC, PO BOX 11, SOUTHLAKE TX 76092-0011, address filed with court:, LevelCredit/Self, Attn: Bankruptcy, 901 E. 6th Street, Suite 400, Austin, TX 78702 |
| 16667078 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 16667080 | *+ | Transworld, Attn Bankruptcy, Transworld Systems Inc. Po Box 15130, Wilmington, DE 19850-5130 |
| 16667081 | *+ | Trueaccord C, Attn: Bankruptcy, 16011 College Blvd., Suite 130, Lenexa, KS 66219-9877 |
| 16667082 | *+ | Varo Loc, Attn: Bankruptcy, 222 Kearny Street 9th Floor, San Francisco, CA 94108-4519 |
| 16667084 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 16667083 | *+ | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 16667086 | *+ | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |
| 16667087 | *+ | Webcollex LLC, PO Box 2856, Chesapeake, VA 23327-2856 |
| 16667037 | *+ | comcast, PO Box 1931, Burlingame, CA 94011-1931 |

TOTAL: 2 Undeliverable, 48 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Lawrence Willis | on behalf of Debtor Jason A. Dixon ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Joint Debtor Richard A. Dixon II ecf@westernpabankruptcy.com, |

| | |
|---|---|
| | urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |

TOTAL: 6